UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

---

PRESBY ENVIRONMENTAL, INC.           )
                                     )
            V.                       )      CASE NO. 13-CV-355-SM
                                     )
ADVANCED DRAINAGE SYSTEMS, INC.      )

---

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

NOW COMES the defendant, Advanced Drainage Systems, Inc., by and through their attorneys, Ransmeier & Spellman Professional Corporation, and submits the following motion for judgment on the pleadings and in support thereof, states as follows:

1. The defendants are entitled to judgment concerning plaintiff's claims as alleged in plaintiff's Complaint for the reasons set forth in the accompanying Memorandum of Law in Support of the defendant's Motion for Judgment on the Pleadings.

2. Given the dispositive nature of this motion, the assent of the plaintiff was neither sought nor obtained.

WHEREFORE, the defendants, Advanced Drainage Systems, Inc., respectfully request this Honorable Court:

A. Grant this Motion for Judgment on the pleadings; and

B. Grant such further relief as is proper and just.

        Respectfully submitted,
        **ADVANCED DRAINAGE SYSTEMS, INC.**

        By their Attorneys
        RANSMEIER & SPELLMAN
        PROFESSIONAL CORPORATION

Dated:  April 29, 2014          By:        */s/ Daniel J. Mullen*
                                      Daniel J. Mullen, Esq. (#1830)
                                      Ransmeier & Spellman, PC
                                      One Capitol Street, P.O. Box 600
                                      Concord, NH  03302-0600
                                      dmullen@ranspell.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was provided to plaintiff's counsel, David Rayment, Esquire, via ECF.

                                           */s/ Daniel J. Mullen*